Certificate Number: 05781-ILN-DE-041240822

Bankruptcy Case Number: 26-09776



05781-ILN-DE-041240822

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 12:08 o'clock PM PDT, Rafeek Ahmed completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   July 23, 2026                          By:      /s/Allison M Geving

                                              Name:   Allison M Geving

                                              Title:    President